# United States District Court
# For The Western District of North Carolina
# Asheville Division

PAMELA SAMS,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                           1:11cv200

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administartion,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 03/05/2012 Order of Remand.

                                                FRANK G. JOHNS, CLERK
                                                Signed: March 5, 2012

Frank G. Johns, Clerk
United States District Court